# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LAUREL LEE BUESCHER,

        Plaintiff,

v.                                                   Case No:   6:23-cv-739-CEM-LHP

WAYNE IVEY, GERARD KEATING,
ESQ., MURRAY DANIEL LOGAN
and STEPHANIE PHILLIPS,

        Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S REQUEST FOR A STAY AND FOR THE COURT TO ASSIGN AN ATTORNEY (Doc. No. 26)
>
> **FILED:** July 25, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

By the above-styled motion, Plaintiff Laurel Buescher, appearing *pro se*, asks the Court to appoint counsel to represent her in this case, stating that she has been diligently searching for legal representation, has been unable to retain an attorney,

and that she believes that it is necessary for an attorney to represent her because she has no legal training. Doc. No. 26. Plaintiff further requests that the Court stay the case until the appointment of counsel is made or she otherwise finds legal representation. *Id.* at 1. Defendant Murry Daniel Logan, the only Defendant to have appeared in this case, opposes. Doc. No. 27.

Upon review, Plaintiff's motion will be denied. First, the motion fails to comply with the Local Rules of this Court, including Local Rules 3.01(a) and 3.01(g). Second, the motion does not demonstrate that appointment of counsel is warranted. Specifically, there is no absolute right to counsel in civil cases, and appointment of counsel is warranted only in truly exceptional circumstances. *Steele v. Shah*, 87 F.3d 1266, 1271 (11th Cir. 1996). Exceptional circumstances may exist when the facts or legal issues are "so novel or complex as to require the assistance of a trained practitioner." *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993) (quoting *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987)). Here, Plaintiff has not demonstrated that this case presents the type of "exceptional circumstances" or "novel or complex" legal issues warranting the appointment of counsel at this time.

Accordingly, Plaintiff's request for the appointment of counsel is **DENIED**. Likewise, because the request for a stay is premised solely on the appointment of counsel, to which Plaintiff has not established entitlement, the request for a stay of the case is also **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties