UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAUREL LEE BUESCHER,**

    **Plaintiff,**

v.                                                                 Case No.  6:23-cv-739-CEM-LHP

**WAYNE IVEY, GERARD KEATING, ESQ., MURRAY DANIEL LOGAN, and STEPHANIE PHILLIPS,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiff was required to timely file her Notice of Pendency of Other Actions and Disclosure Statement. (Initial Order, Doc. 2, at 1–2). The Court's Initial Order also reminds Plaintiff of her obligations under Local Rule 3.02. (*Id.* at 2). That Rule states that "within forty days after any defendant appears in an action originating in this court," or "within forty days after the docketing of an action removed or transferred to this court," "[t]he parties must file [a] case management report." M.D. Fla. R. 3.02(b)(1)–(2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties,

Doc. 3). Plaintiff has failed to comply, and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. Any motion for reconsideration must be filed within fourteen days of this order and must include the following: (1) a certification that the Plaintiff has personally read the Court's Initial Order and the Local Rules cited therein; (2) an explanation for why the deadlines were missed; and (3) as an attachment, all missing filings.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party